UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Louis D. Hairston,

    Petitioner,

v.                                                                Case No. 2:10–cv–589

Warden, Warren Correctional                    Judge Michael H. Watson
Institution,                                                       Magistrate Judge Kemp

    Respondent.

## OPINION AND ORDER

On January 14, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate under 28 U.S.C. §2254 be dismissed. (Doc. No. 7). By order dated February 4, 2011, petitioner was granted an extension of time until March 19, 2011, to file his objections. (Doc. No. 10). Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    **IT IS SO ORDERED**.

                                                                         MICHAEL H. WATSON, JUDGE
                                                                         UNITED STATES DISTRICT COURT